596 A.2d 625

**M.S. GINN COMPANY**

v.

**Leonard HAMLIN et al.**

**No. 17, Sept. Term, 1991.**

Court of Appeals of Maryland.

Oct. 7, 1991.

Clark R. Silcox (Steele, Silcox & Browning, P.C., Matthew Pavuk, Margolius, Mallios, Davis, Rider & Tomar, Washington, D.C., all on brief), for petitioner.

William M. Ferris, Annapolis, for respondents.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 7th day of October, 1991

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.